UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

Arini Credit Master Fund Limited and
Tresidor Europe Credit Limited,

Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding

Case No. 1:26-mc-00428

**~~[PROPOSED]~~ ORDER**

This matter comes before the Court upon the Application for Judicial Assistance by Petitioners Arini Credit Master Fund Limited and Tresidor Europe Credit Limited ("Petitioners") for leave to serve subpoenas upon HPS Investment Partners, Authentic Brands Group LLC, Moelis & Company, and Lazard Inc. (together, "Respondents"), pursuant to 28 U.S.C. § 1782 (the "Application").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations of Fiona Huntriss and Joshua A. Naftalis, and the exhibits thereto,

IT IS HEREBY ORDERED that: 1. Petitioners shall file proof of service of the Application on Respondents within seven days of service.

~~1.~~ 2. Respondents shall each file any opposition to the Application within 14 days of service of the Application;

~~2.~~ 3. Petitioners may file any reply in support of the Application within seven days of Respondents' opposition;

~~3. Absent a timely opposition filed by each Respondent, the Application is granted as to each non-objecting Respondent, and Petitioners are authorized to take discovery from such Respondents by issuing the appropriate subpoena and seeking the production of documents and deposition in the form attached to the Declaration of Joshua A. Naftalis as Exhibits A to D;~~

~~4. Respondents shall each produce the requested documents within 30 days of service of the subpoenas, or such other date as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York;~~

~~5. Respondents shall each appear for deposition in compliance with the subpoenas on a mutually agreeable date within a reasonable time after Respondents confirm the final production of documents in response to the subpoena;~~

~~6.~~ 4. Until further Order by this Court, Respondents shall each preserve all documents, electronic or otherwise, and any evidence in their possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application; and

~~7. The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance that may be requested by Petitioners.~~

5. By September 15, 2026, Petitioners shall serve this Order on Respondents and file proof of service.

SO ORDERED.

Dated: September 1, 2026
New York, New York

Sarah L. Cave

SARAH L. CAVE
United States Magistrate Judge